CHRIS ZHEN (State Bar No. 275575)
chris.zhen@zhenlawfirm.com
ZHEN LAW FIRM
5670 Wilshire Blvd #1800
Los Angeles, CA 90036
Telephone: (213) 935-0715

*Attorney for Defendant*
OptraHealth, Inc.

K. Lee Marshall (SBN #277795)
klmarshall@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
Telephone: (415) 675-3444

George C. Chen (*pro hac vice* to be filed)
george.chen@bclplaw.com
Cory G. Smith (*pro hac vice* to be filed)
cory.smith@bclplaw.com
Anthony Marino (*pro hac vice* to be filed)
anthony.marino@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
Two North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 364-7000

*Attorneys for Plaintiff Invitae Corporation*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INVITAE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>OPTRAHEALTH, INC.,<br><br>Defendant. | Case No.  4:22-cv-00784-HSG<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT, TO EXTEND TIME TO SUBMIT CASE MANAGEMENT STATEMENT, AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER (as modified)**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Complaint Filed: February 7, 2022 |

Plaintiff Invitae Corporation ("Plaintiff") and Defendant OptraHealth, Inc. ("Defendant"), by and through their respective counsel, hereby stipulate and request that the Court grant a 30-day extension of time for Defendant to respond to the complaint from the current due date of April 20, 2022 to May 20, 2022, to extend time for submitting the Case Management Statement currently due on May 3, 2022 to June 2, 2022, and to continue the currently scheduled Initial Case Management Conference set for May 10, 2022 to June 9, 2022 or later.

Good cause exists for the extensions and continuation:

1.     The parties are currently engaged in continuing and active settlement discussions in an attempt to resolve the issues raised in the Complaint.

2.     The parties have agreed to an extension of time for Defendant to respond to the Complaint to May 20, 2022 so that the parties may continue the settlement discussions. It would be more efficient and productive for the Court and the parties if the Initial Case Management Conference is continued to June 9, 2022 or later -- *after* Defendant files its responsive pleading.

3.     The parties have not previously requested a continuance of the Initial Case Management Conference.

4.     Therefore, the parties respectfully request that the time for Defendant to respond to the Complaint be extended to May 20, 2022, that the time for submitting the Case Management Statement be extended to June 2, 2022, and the Initial Case Management Conference be continued to June 9, 2022 or later.

Respectfully Submitted,

DATED: April 14, 2022                          **BRYAN CAVE LEIGHTON PAISNER LLP**

By: ___*/s/ K. Lee Marshall (w/ express permission)*___
K. Lee Marshall (SBN #277795)
klmarshall@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
Telephone: (415) 675-3444

George C. Chen (pro hac vice to be filed)
george.chen@bclplaw.com
Cory G. Smith (pro hac vice to be filed)

cory.smith@bclplaw.com
Anthony Marino (pro hac vice to be filed)
anthony.marino@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
Two North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 364-7000

*Attorneys for Plaintiff Invitae Corporation*

**THE ZHEN LAW FIRM**

DATED: April 14, 2021

By:    */s/ Chris J. Zhen*
Chris J. Zhen

*Attorney for Defendant OptraHealth*

**STIPULATION TO EXTEND TIME FOR
DEFENDANT TO RESPOND TO COMPLAINT**

1

2                                            **ORDER**

3          PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant's response to the

4    Complaint is due by May 20, 2022, that the Case Management Statement is due by June 14,

5    2022, and the Telephonic Initial Case Management Conference is continued to June 21, 2022 at 2

6    p.m.

7    Dated:  4/15/2022
                                                    HON. HAYWOOD S. GILLIAM, JR.

8                                                   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28