1  K. Lee Marshall (SBN #277795)
   klmarshall@bclplaw.com
2  **BRYAN CAVE LEIGHTON PAISNER LLP**
   Three Embarcadero Center, 7th Floor
3  San Francisco, California 94111
   Telephone: (415) 675-3444
4
5  George C. Chen (*pro hac vice* to be filed)
   george.chen@bclplaw.com
6  Cory G. Smith (*pro hac vice* to be filed)
   cory.smith@bclplaw.com
7  **BRYAN CAVE LEIGHTON PAISNER LLP**
   Two North Central Avenue, Suite 1200
8  Phoenix, Arizona 85004
   Telephone: (602) 364-7000
9
10 Erin Kelly (Admitted *pro hac vice*)
   Erin.Kelly@bclplaw.com
11 **BRYAN CAVE LEIGHTON PAISNER LLP**
   1700 Lincoln Street, Suite 4100
12 Denver, CO 80203
   Telephone: (303) 866-0422
13 *Attorneys for Plaintiff Invitae Corporation*

14 CHRIS ZHEN (State Bar No. 275575)
   chris.zhen@zhenlawfirm.com
15 **ZHEN LAW FIRM**
   5670 Wilshire Blvd #1800
16 Los Angeles, CA 90036
   Telephone: (213) 935-0715
17
18 *Attorney for Defendant*
   OptraHealth, Inc.
19

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INVITAE CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>OPTRAHEALTH, INC.,<br><br>    Defendant. | Case No. 4:22-CV-00784 HSG<br><br>**STIPULATION TO HAVE CASES CONSOLIDATED FOR ALL PURPOSES** |

Plaintiff Invitae Corporation ("Invitae"), by and through its counsel of record, Bryan Cave Leighton Paisner LLP and Defendant OptraHealth Inc. ("OptraHealth"), by and through its attorney of record Zhen Law Firm, hereby stipulate to consolidate *OptraHealth, Inc. v. Invitae Corporation*, Case No. 4:22-cv-03002-HSG with and into the above entitled action for all purposes.

1. The parties agree consolidation of these cases is appropriate under Federal Rule of Civil Procedure 42(a) because both cases involve the same parties and involve common questions of law and fact.

2. The parties further agree and stipulate that the second filed action (Case No. 4:22-cv-03002-HSG) should be administratively closed and that the lead case should proceed as captioned above.

3. The parties further agree and stipulate that Invitae's declaratory judgment complaint [ECF No. 1] will proceed as the operative complaint, that OptraHealth shall have seven (7) days to amend its Answer [4:22-cv-03002-HSG, ECF No. 23] to assert its infringement claims as counterclaims, and that Invitae shall have seven (7) days to answer or respond to OptraHealth's amended answer.

**IT IS SO STIPULATED**

Dated: August 1, 2022

Respectfully submitted,
**BRYAN CAVE LEIGHTON PAISNER LLP**

By: /s/ Erin Kelly
Erin Kelly (Admitted *pro hac vice*)

*Attorneys for Plaintiff Invitae Corporation*

**THE ZHEN LAW FIRM**

**By:** /s/Chris Zhen
Chris J. Zhen

*Attorney for Defendant OptraHealth*

# ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

By:    /s/ *Erin Kelly*
Erin Kelly (Admitted *pro hac vice*)

**CERTIFICATE OF SERVICE**

This is to certify that on the 1st day of August 2022, I electronically filed the foregoing STIPULATION TO HAVE CASES CONSOLIDATED FOR ALL PURPOSES using the Court's CM/ECF filing system which sends notification of such filing to all parties and/or counsel of record.

DATED: August 1, 2022          By:    /s/ Erin Kelly
                                      Erin Kelly (Admitted *pro hac vice*)