UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INVITAE CORPORATION,<br><br>           Plaintiff,<br><br>      v.<br><br>OPTRAHEALTH, INC.,<br><br>           Defendant. | Case No. 4:22-CV-00784-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING STIPULATION TO HAVE CASES CONSOLIDATED FOR ALL PURPOSES (as modified)**<br><br>Complaint Filed:   February 7, 2022<br><br>Trial Date:         Not Assigned |

ORDER
CONSOLIDATING CASES

# **ORDER**

Pursuant to Fed. R. Civ. P. 42(a), the Court orders: *Invitae Corporation v. Optrahealth Inc.*, Case No. 4:22-CV-00784-HSG and *OptraHealth Inc. v. Invitae Corporation*, Case No. 4:22-cv-03002-HSG, consolidated for all purposes.

The Court orders the Clerk to administratively close *OptraHealth Inc. v. Invitae Corporation*, Case No. 4:22-cv-03002-HSG, and for the lead case to proceed as captioned above. All future filings should be done in the lead case, Case No. 4:22-cv-00784-HSG only. The Clerk is directed to e-file this order in Case No. 4:22-cv-3002-HSG

The Court orders OptraHealth Inc. to amend its Answer in the above-captioned case within seven (7) days of the date of this Order, and further orders Invitae Corporation to answer or otherwise respond to any amended Answer within seven (7) days.

Dated: 8/9/2022

Hon. Haywood S. Gilliam, Jr.