CHRIS ZHEN (State Bar No. 275575)
chris.zhen@zhenlawfirm.com
**ZHEN LAW FIRM**
5670 Wilshire Blvd #1800
Los Angeles, CA 90036
Telephone: (213) 935-0715

*Attorney for Defendant*
OptraHealth, Inc.

K. Lee Marshall (SBN #277795)
klmarshall@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
Telephone: (415) 675-3444

Erin A. Kelly (Admitted *pro hac vice*)
erin.kelly@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
1700 Lincoln Street, Ste. 4100
Denver, CO 80203
Telephone: (303) 861-7000

George C. Chen (*pro hac vice* to be filed)
george.chen@bclplaw.com
Cory G. Smith (*pro hac vice* to be filed)
cory.smith@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
Two North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 364-7000

*Attorneys for Plaintiff*
*Invitae Corporation*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INVITAE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>OPTRAHEALTH, INC.,<br><br>Defendant. | Case No. 4:22-cv-00784-HSG<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO MOTION TO DISMISS OPTRAHEALTH'S COUNTERCLAIM; ORDER**<br><br>Hon. Haywood S. Gilliam, Jr.<br>Date:    11/10/2022<br>Time:    2:00 pm<br>Dept.:    Courtroom 2, 4th Floor<br><br>Complaint Filed: February 7, 2022<br><br>Trial Date: Not Assigned |

Case No. 4:22-cv-00784-HSG  **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO MOTION TO DISMISS OPTRAHEALTH'S**

Plaintiff Invitae Corporation ("Plaintiff") and Defendant OptraHealth, Inc. ("Defendant"), by and through their respective counsel, hereby stipulate and request that the Court grant a 14-day extension of time for Defendant to respond to Plaintiff's Motion to Dismiss Defendant's OptraHealth's Counterclaim (the "Motion").

Good cause exists for the extensions and continuation:

1. Plaintiff filed its Motion on August 12, 2022. Defendant's opposition papers are currently due on August 26, 2022, and Defendant's reply papers are due on September 2, 2022.

2. Currently Defendant's executive officers including inventors of the Patent-In-Suit are traveling and unavailable to consult on the opposition papers; Defendant seeks time to adequately prepare the papers.

3. The parties have agreed to grant Defendant a 14-day extension to file its opposition brief. Under the new schedule, opposition papers are due for filing on or before September 9, 2022 and reply papers are due for filing on or before September 16, 2022.

Respectfully Submitted,

**DATED: August 23, 2022**          **BRYAN CAVE LEIGHTON PAISNER LLP**

By: _/s/ K. Lee Marshall (w/ express permission)_
K. Lee Marshall (SBN #277795)
klmarshall@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
Telephone: (415) 675-3444

Erin A. Kelly (Admitted *pro hac vice*)
Erin.Kelly@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Telephone: (303) 866-0422

George C. Chen (*pro hac vice* to be filed)
george.chen@bclplaw.com
Cory G. Smith (*pro hac vice* to be filed)
cory.smith@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP

| | |
|---|---|
| 1 | Two North Central Avenue, Suite 1200 |
| 2 | Phoenix, Arizona 85004<br>Telephone: (602) 364-7000 |
| 3 | *Attorneys for Plaintiff Invitae Corporation* |

5  DATED: August 23, 2022          **THE ZHEN LAW FIRM**

6                                  By: ____/s/ Chris J. Zhen_____
                                   Chris J. Zhen

                                   *Attorney for Defendant OptraHealth*

| | | |
|---|---|---|
| Case No. 4:22-cv-00784-HSG | 3 | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO MOTION TO DISMISS OPTRAHEALTH'S COUNTERCLAIM** |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant's response to the Motion to Dismiss is due by September 9, 2022, and reply papers are due for filing on or before September 16, 2022.

Dated: 8/23/2022

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE