K. Lee Marshall, SBN 277795
klmarshall@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Telephone:     (415) 675-3400

Erin A. Kelly (Admitted *pro hac vice*)
erin.kelly@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
1700 Lincoln Street, Ste. 4100
Denver, CO 80203
Telephone:  (303) 861-7000

*Attorneys for Plaintiff*
*Invitae Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| INVITAE CORPORATION,<br><br>            Plaintiff,<br><br>     v.<br><br>OPTRAHEATH, INC.,<br><br>            Defendant. | Case No. 4:22-cv-00784-HSG<br><br>Hon. Haywood S. Gilliam Jr.<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF INVITAE CORPORATION TO REPLY TO OPTRAHEALTH'S OPPOSITION TO PLATINIFF'S MOTION TO DISMISS**<br><br>Date: November 10, 2022<br>Time: 2:00 p.m.<br>Courtroom: 2<br><br>Complaint Filed:   February 7, 2022<br><br>Trial Date:           Not Assigned |

Case No. 4:22-cv-00784-HSG

ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAITIFF TO REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO DISMISS

**ORDER**

**THIS CAUSE** having come before the Court on the Stipulation to Extend Time for Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion to Dismiss. Having reviewed said request and finding good cause, the Court GRANTS the Stipulation to Extend the Time. Plaintiff's Reply to Defendant's Opposition is due September 23, 2022.

Dated:  9/19/2022

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE