K. Lee Marshall, SBN 277795
klmarshall@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4070
Telephone:      (415) 675-3400

Erin A. Kelly (Admitted *pro hac vice*)
erin.kelly@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
1700 Lincoln Street, Ste. 4100
Denver, CO  80203
Telephone:  (303) 861-7000

*Attorneys for Plaintiff
Invitae Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| INVITAE CORPORATION,<br><br>           Plaintiff,<br><br>v.<br><br>OPTRAHEATH, INC.,<br><br>           Defendant. | Case No. 4:22-cv-00784-HSG<br><br>Hon. Haywood S. Gilliam Jr.<br><br>**ORDER**<br><br>Date: November 10, 2022<br>Time: 2:00 p.m.<br>Courtroom: 2<br><br>Complaint Filed:   February 7, 2022<br><br>Trial Date:             Not Assigned |

Case No. 4:22-cv-00784-HSG

ORDER TO STAY ACTION PENDING SETTLEMENT

**ORDER**

PURSUANT TO STIPULATION, the hearing set for November 10, 2022 is vacated and all proceedings in this matter are stayed for a period of thirty (30) days in order for the parties to finalize their settlement.

**IT IS SO ORDERED.**

Dated:  11/8/2022

*Haywood S. Gilliam Jr.*

Hon. Haywood S. Gilliam Jr.