CHRIS ZHEN (State Bar No. 275575)
chris.zhen@zhenlawfirm.com
**ZHEN LAW FIRM**
5670 Wilshire Blvd #1800
Los Angeles, CA 90036
Telephone: (213) 935-0715

*Attorney for Defendant
OptraHealth, Inc.*

K. Lee Marshall (SBN #277795)
klmarshall@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
Telephone: (415) 675-3444

Erin A. Kelly (Admitted *pro hac vice*)
erin.kelly@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
1700 Lincoln Street, Ste. 4100
Denver, CO 80203
Telephone: (303) 861-7000

*Attorneys for Plaintiff
Invitae Corporation*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INVITAE CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>OPTRAHEALTH, INC.,<br><br>        Defendant. | Case No.  4:22-cv-00784-HSG<br><br>**STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL** |

### STIPULATION AND ORDER OF DISMISSAL

Case No. 4:22-cv-00784-HSG                **STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL**

Plaintiff Invitae Corporation and Defendant OptraHealth, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by Plaintiff in this Action are dismissed without prejudice;

2. All counterclaims asserted by Defendant in this Action are dismissed with prejudice;

3. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

4. This Court retains jurisdiction over the parties for purposes of enforcing the Settlement Agreement and this Stipulation and Order; and

Respectfully submitted,

Dated: December 6, 2022

By: /Chris J. Zhen/
Chris Zhen (SBN #275575)
chris.zhen@zhenlawfirm.com
Hogan Ganschow (SBN #256137)
hogan.ganschow@zhenlawfirm.com
Zhen Law Firm
5670 Wilshire Blvd #1800 Los Angeles, CA 90036 Telephone: (213) 935-0715

Attorneys for Defendant OptraHealth, Inc.

By: /Erin A. Kelly/
K. Lee Marshall (SBN #277795)
klmarshall@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
Telephone: (415) 675-3444

Erin A. Kelly (Admitted *pro hac vice*)
erin.kelly@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
1700 Lincoln Street, Ste. 4100
Denver, CO 80203
Telephone: (303) 861-7000

*Attorneys for Plaintiff Invitae Corporation*

**ORDER**

PURSUANT TO STIPULATION, the claims in this action are dismissed without prejudice and the counterclaims in this action are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED:  12/7/2022

_____
The Honorable Haywood S. Gilliam, Jr.
U.S. District Judge